UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES BRUEN, Individually and on Behalf of All Others Similarly Situated, | § § § | Case No.: 4:13-cv-00540 |
| Plaintiff, | § § | |
| v. | § § | |
| COPANO ENERGY, L.L.C., KINDER MORGAN ENERGY PARTNERS, L.P., KINDER MORGAN G.P., INC., JAVELINA MERGER SUB LLC, WILLIAM L. THACKER, R. BRUCE NORTHCUTT, JAMES G. CRUMP, ERNIE L. DANNER, SCOTT A. GRIFFITHS, MICHAEL L. JOHNSON, MICHAEL G. MACDOUGALL, and T. WILLIAM PORTER, | § § § § § § § § § § | |
| Defendants. | § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Charles Bruen ("Plaintiff"), on behalf of himself and all others similarly situated, filed the Complaint for Breach of Fiduciary Duties and Violation of Federal Securities Laws (the "Complaint") in the above-captioned action challenging the proposed acquisition of Copano Energy, L.L.C. ("Copano") by Kinder Morgan Energy Partners, L.P., Kinder Morgan G.P., Inc., and Javelina Merger Sub LLC, on February 28, 2013 (the "Action") (Dkt. No. 1);

WHEREAS, no class of Copano shareholders has been certified, and thus, the dismissal of the Action will not prejudice the interests of other Company shareholders; and

WHEREAS, no defendant in this Action has answered the Complaint or filed for summary judgment.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the Action without prejudice and all claims asserted therein against each and every one of the defendants.

DATED: May 13, 2013	ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO (SDTXBN: 329092)
EDWARD B. GERARD
JUSTIN D. RIEGER

_s/ Stephen J. Oddo_
STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

THE WARNER LAW FIRM
PAUL T. WARNER
SBN: 00791884
SDTXBN: 25143
11123 McCracken Circle, Suite A
Cypress, TX 77429
Telephone: (281) 664-7777
Facsimile: (281) 664-7774

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON

A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiff

867833

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2013, a true and correct copy of the foregoing document was filed with the clerk of the court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following who are ECF registered participants.

Barrett H. Reasoner
Angus J. Dodson
GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
breasoner@gibbsbruns.com
jdodson@gibbsbruns.com

*Attorneys for defendants Kinder Morgan Energy Partners, L.P., Kinder Morgan G.P., Javelina Merger Sub LLC*

Shaw L. Raymond
James Hoke Peacock, III
Eric J. Mayer
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 651-6666
sraymond@susmangodfrey.com
tpeacock@susmangodfrey.com
emayer@susmangodfrey.com

Paul K. Rowe
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
PKRowe@wlrk.com

*Attorneys for defendants Copano Energy, L.L.C., R. Bruce Northcutt, William L. Thacker, James G. Crump, Ernie L. Danner, Scott A. Griffiths, Michael L. Johnson, Michael G. MacDougall, and T. William Porter*

      I hereby certify that I have served by U.S. MAIL the foregoing document to the following who are not ECF registered participants.

Joseph Allerhand
Seth Goodchild
Stefania Venezia
WElL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for defendants Kinder Morgan Energy Partners, L.P., Kinder Morgan G.P., Javelina Merger Sub LLC*

                                          *s/ Stephen J. Oddo*
                                         STEPHEN J. ODDO